IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | **Bankruptcy** |
| YUKOS OIL COMPANY, | ) | Case No. 04-47742-H3-11 |
| | ) | |
| DEBTOR. | ) | Chapter 11 |

| | | |
|---|---|---|
| YUKOS OIL COMPANY, | ) | |
| | ) | |
| PLAINTIFF, | ) | |
| | ) | **Bankruptcy** |
| v. | ) | **Adversary Proceeding** |
| | ) | No. 04-3952 |
| RUSSIAN FEDERATION, et al., | ) | |
| | ) | |
| DEFENDANTS. | ) | |

**DEUTSCHE BANK AG'S RESPONSE TO PLAINTIFFS'
EMERGENCY MOTION FOR TEMPORARY RESTRAINING
<u>ORDER AND PRELIMINARY INJUNCTION</u>**
[This corresponds to Docket No. 2 in the above styled Adversary Proceeding]

**TO THE HONORABLE LETITIA Z. CLARK,
UNITED STATES BANKRUPTCY JUDGE:**

COMES NOW, Defendant Deutsche Bank AG ("Deutsche Bank" or "Defendant") and files this Response (the "Response") to Plaintiff's Verified Emergency Motion for Temporary Restraining Order and Preliminary Injunction (the "Preliminary Injunction Motion"), and in support thereof would respectfully show the Court as follows:

1.      Yukos Oil Company ("Yukos") filed a bankruptcy petition on December 14, 2004, thereby commencing its bankruptcy case (the "Bankruptcy Case") under Chapter 11 of Title 11 of the United States Code, 11 U.S.C. § 101 *et seq*. (the "Bankruptcy Code"). Simultaneously therewith, Yukos filed its original complaint (the "Complaint") commencing this Adversary Proceeding (the "Adversary Proceeding") and the Preliminary Injunction Motion.

HOU:2418169.1

Thereafter, on February 11, 2005, Yukos filed its First Amended Complaint ("Amended Complaint") against a number of defendants, including, among others, Deutsche Bank AG ("Deutsche Bank"), Deutsche Bank AG London, Deutsche Bank Luxembourg, S.A. and Deutsche Bank Trust Company Americas (collectively with Deutsche Bank, the "Deutsche Bank Defendants").[1]

2. In the Amended Complaint, Yukos requests that this Court enter a permanent injunction against the Deutsche Bank Defendants, among others, from "taking any act to obtain possession or exercise control over (1) the YNG Stock or assets of YNG, or (2) any of Yukos' remaining assets," and Yukos also seeks a permanent injunction against the same Defendants to prevent them from violating the automatic stay.

3. On December 28, 2004, Deutsche Bank filed its Motion to Dismiss Chapter 11 Bankruptcy Case (Docket No. 40, the " Dismissal Motion"). The Court conducted a hearing on the Dismissal Motion on February 16 and 17, 2005. On February 24, 2005, this Court granted Deutsche Bank's Dismissal Motion and entered a judgment dismissing Yukos' Bankruptcy Case and a corresponding Memorandum Opinion.

4. On March 9, 2005, Deutsche Bank filed its Motion to Dismiss Adversary Proceeding (the "Deutsche Bank Motion to Dismiss"). As set forth in the Deutsche Bank Motion to Dismiss, this Court should dismiss the Adversary Proceeding.

5. As a result of the significant events that have transpired since the Preliminary Injunction Motion was initially filed, including the Debtor's recent filing of the Amended Complaint which seeks relief substantially different from that set forth in the initial Complaint, Deutsche Bank believes the Preliminary Injunction Motion is effectively moot and requires no response. However, out of an abundance of caution Deutsche Bank is filing this Response and

---

[1] Of the Deutsche Bank Defendants named in the Amended Complaint, only Deutsche Bank has been served with process by Yukos. As a result, the other Deutsche Bank Defendants are not before the Court.

-2-

opposes the relief sought in the Preliminary Injunction Motion. In the event the Adversary Proceeding is not dismissed and the Debtor continues to seek the relief initially sought in the Preliminary Injunction Motion against Deutsche Bank, Deutsche Bank reserves the right to supplement this Response.

WHEREFORE, PREMISES CONSIDERED, Deutsche Bank respectfully requests that this Court deny the Preliminary Injunction Motion and grant Deutsche Bank such other and further to which Deutsche Bank may be entitled.

Respectfully submitted this 9th day of March, 2005.

**ANDREWS KURTH LLP**

By: /s/ Hugh M. Ray
Hugh M. Ray
State Bar No. 16611000
Jeffrey E. Spiers
State Bar No. 18933950
600 Travis, Suite 4200
Houston, Texas 77002
(713) 220-4200 (telephone)
(713) 220-4285 (facsimile)

and

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**
J. Gregory St. Clair
Four Times Square
New York, New York  10036
(212) 735-3000 (telephone)
(212) 735-2000 (facsimile)

and

Charles F. Smith
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700 (telephone)
(312) 407-0400 (facsimile)

**CO-COUNSEL FOR DEUTSCHE BANK AG**

HOU:2418169.1

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 9th day of March, 2005, a true and correct copy of the foregoing document was served via hand delivery, email, telecopy or U.S. first class mail, as indicated, on the parties listed below:

                                                  /s/ Douglas G. Walter
                                                  Douglas G. Walter

COUNSEL FOR YUKOS OIL COMPANY:
**Fulbright & Jaworski LLP  Via  Email  and Hand  Delivery**
Zack Clement
C. Mark Baker
1301 McKinney, Suite 5100
Houston, Texas 77010
Fax: 713-651-5246

ATTORNEYS FOR HULLEY ENTERPRISES, LTD., YUKOS UNIVERSAL LTD., AND MORAVEL INVESTMENTS LTD:
**Greenberg Traurig, LLP  Via  Telecopy**
Clifton R. Jessup, Jr.
Bryan L. Elwood
600 Three Galleria Tower
13155 Noel Road
Dallas, Texas 75240
Fax: 972-628-4623

Sanford M. Saunders
800 Connecticut Avenue, N.W., Ste 500
Washington, D.C. 20006
Fax: 202-331-3101

Scott D. Cousins
Victoria W. Counihan
The Brandywine Building
1000 West Street, Ste 1540
Wilmington, Delaware 19801
Fax: 302-661-7360

CO-COUNSEL FOR CAPITAL INTERNATIONAL, INC. AS INVESTMENT ADVISOR TO MERGING MARKETS GROWTH FUND, INC. AND CAPITAL INTERNATIONAL EMERGING MARKETS FUND, PROSPERITY CAPITAL MANAGEMENT (UK) LIMITED, FRAN SCOLA, AS INVESTMENT ADVISOR TO STONOR GROUP LIMITED, DIRNDALE LIMITED, AND GRAND MATANZAZ LIMITED:

**Cox Smith Matthews Incorporated  Via  Telecopy**
Deborah Williamson
112 E. Pecan Street, Ste 1800
San Antonio, Texas 78205
Fax: 210-226-8395

**Cadwalader, Wickersham & Taft LLP  Via  Telecopy**
Gregory M. Petrick
One World Financial Center
New York, New York 10281
Fax: 212-504-6666

COUNSEL FOR GAZPROMNEFT
**Baker Botts LLP  Via Telecopy**
Michael S Goldberg
910 Louisiana, Ste 3900
Houston, TX 77002-4995
Fax : 713-229-2801